UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| JOSE CARAPIA,<br><br>　　Plaintiff,<br><br>v.<br><br>BUILDER SERVICES GROUP, INC., et al.,<br><br>　　Defendants. | Case No. 3:23-cv-00472<br><br>Judge Eli J. Richardson<br>Magistrate Judge Alistair E. Newbern |

### ORDER

This matter was originally set for an initial case management conference on July 19, 2023. (Doc. No. 4.) That conference was continued until August 23, 2023, because Defendants Builder Services Group, Inc., TopBuild Home Services, Inc., and TopBuild Corp. had not yet appeared. (Doc. No. 13.) As of the date of this Order, the defendants still have not appeared. Accordingly, the initial case management conference set on August 23, 2023, is CANCELLED.

Plaintiff Jose Carapia is ORDERED to file a notice of the status of service of process by August 28, 2023.

It is so ORDERED.

_____
ALISTAIR E. NEWBERN
United States Magistrate Judge